# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| ALEXANDER BLACKMON and SHAWANA HUNT, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| FREDERICK HARDY AGEE, in his official capacity, ET AL., | ) ) ) ) |
| Defendants. | ) |

Case No. 1:23-cv-01100-JPM-cgc

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Plaintiffs Alexander Blackmon and Shawana Hunt, (collectively, "Plaintiffs"), commenced this action on May 31, 2023. (ECF No. 1.) Summons were issued, (ECF No. 5), but no proof of service as to any Defendant was filed. Plaintiffs were ordered to show cause by Friday, August 8, 2025, why the Court should not dismiss this case without prejudice for failure to serve Defendants as required by Federal Rule of Civil Procedure 4(m). (ECF No. 10.) No such response was filed.[1] Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 12th day of August, 2025.

                                                  */s/ Jon P. McCalla*
                                                  JON P. McCALLA
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Copies of the Show Cause Order sent to Plaintiffs were returned as undeliverable, with a note that the address was vacant, on August 8, 2025. (ECF Nos. 11, 12.) Plaintiffs have a duty to keep a valid current address on file with the Court. See Yeschick v. Mineta, 675 F.3d 622, 630 (6th Cir. 2017) ("it is the party, not the court, who bears the burden of apprising the court of any changes to his or her mailing address"); see also Lester v. Castleberry, No. 24-11785, 2024 WL 4713828, at *1–2 (E.D. Mich. Nov. 7, 2024) (dismissing plaintiff's pro se complaint for failure to prosecute even when multiple court orders were returned as undeliverable).