# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| ALEXANDER BLACKMON and SHAWANA HUNT, <br><br> Plaintiffs, <br><br> v. <br><br> FREDERICK HARDY AGEE, in his official capacity, ET AL., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:23-cv-01100-JPM-cgc |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' Complaint, filed on May 31, 2023, (ECF No. 1), and the Court having entered an Order Dismissing Case Without Prejudice, (ECF No. 13),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is **DISMISSED WITHOUT PREJUDICE.**

**APPROVED:**

*/s/ Jon P. McCalla*
JON P. McCALLA
UNITED STATES DISTRICT JUDGE


August 12, 2025
Date